FILED

2018 MAY 22  AM 8: 31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| ___ Susan Rebecca Teller, pro se ___ <br> Plaintiff <br> v. <br><br> Federal Bureau of Investigation ___ <br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1 : 18 CV 1176

Case No.:

# JUDGE GAUGHAN

## MAG. JUDGE BAUGHMAN

## CRIMINAL COMPLAINT

I, Susan Rebecca Teller, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 22, 2018 in the county of Cuyahoga in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1503 | Obstruction of Justice-Omnibus Clause |
| 18 U.S.C. 1512(b)(3) | Obstruction of Federal Criminal Investigation <br> Tampering with a witness, victim or informant |
| 18 U.S.C. 1512(c)(1,2) | Obstruction of Federal Criminal Investigation <br> Tampering with a witness, victim or informant |
| 18 U.S.C. 1512(d)(2) | Obstruction of Federal Criminal Investigation <br> Tampering with a witness, victim or informant |
| 18 U.S.C. 1512(f) | Obstruction of Federal Criminal Investigation <br> Tampering with a witness, victim or informant |
| 18 U.S.C. 1513(e) | Obstruction of Federal Criminal Investigation <br> Tampering with a witness, victim or informant |

1

This criminal complaint is based on these facts:

**SEE ATTACHED COMPLAINT FACT SHEET**

*Complainant's signature*

Susan R. Teller
*Printed name and title*

1012 Prospect Ave. E. 310
*Complainant's address*

Cleveland, Ohio 44115
*Complainant's address(cont.)*

440-461-1013
*Complainant's telephone number*

Susanteller0529@gmail.com
*Complainant's email address*

Sworn to before me and signed in my presence.

Date: _____

City and state _____

_____
*Clerk's signature*

_____
*Printed name and title*

## CRIMINAL COMPLAINT FACT SHEET

**Plaintiff brings forth the action of Obstruction of a Criminal Investigation/Tampering with a witness, victim or an informant against the Federal Bureau of Investigation/FBI as per:**

## Count One

**18 U.S.C 1503 - Obstruction of Government Processes-Obstruction of Justice - Omnibus Clause -**

**Whoever . . . corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice, shall be (guilty of an offense).**

The FBI by impeding and refusing to investigate all the federal offenses which fall under their

purview are corruptly impeding and preventing the administration of justice for all the crimes

committed against plaintiff and plaintiff's family as listed throughout this criminal complaint.

## Count Two

**18 U.S.C. 1512(b)(3) - Obstruction of Federal Criminal Investigation
Tampering with a witness, victim or an informant -**

*(b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in **misleading conduct toward another person**, with the intent to—*

*(3) hinder, delay, or prevent the communication to a law enforcement officer or a judge of the United States of information relating to the commission or possible commission of a Federal offense...*

Plaintiff started reporting the commission of multiple federal offenses which date back to 2006

and before against plaintiff and plaintiff's family beginning in 2014. The Federal Bureau of

Investigation has repeatedly misled plaintiff into the belief they are and have been conducting an

investigation into multiple federal offenses plaintiff has reported. The Federal Bureau of

Investigation/Cleveland Field Office has repeatedly neither confirmed nor denied if an ongoing

1

investigation into the reported offenses was or is occurring as recent as March of 2018. In fact, the Federal Bureau of Investigation purposely misled plaintiff into thinking they were investigating multiple lesser federal offenses for the express purpose of concealing a much larger federal offense plaintiff reported to their agency:

The purposeful and blatant theft of millions of dollars in natural gas and oil mineral rights committed by Northeast Natural Energy, Chesapeake Energy, the Saudi Arabia national oil company Aramco, China Energy, along with several other US national, multinational and international corporations (i.e.,Blackrock) and nonprofits (i.e.,ONE)against not only plaintiff and plaintiff's family but over 100,000 other families who held deed to said rights mineral rights located within the Utica Shale Region of West Virginia.

Plaintiff asserts defendants purposely misled plaintiff because the lesser multiple federal offenses were committed for the purpose of stealing said mineral rights.  Plaintiff also asserts the FBI is working in conjunction with Federal agencies to conceal from the American public the truth regarding the greater offense of the predatory, malicious theft of said mineral rights. Plaintiff also asserts the FBI is corruptly impeding a full and complete investigation into all the lesser felonies committed against plaintiff and plaintiff's family which was for the explicit purpose of robbing plaintiff and plaintiff's family of the millions of dollars in natural gas and oil mineral rights located in the Utica Shale Region of West Virginia.

**Examples of Federal Bureau of Investigation (FBI)/Cleveland Field Office misleading plaintiff:**

Between the years 2015 and 2018 the FBI's Cleveland field office repeatedly permitted plaintiff entrance into the facility and would meet plaintiff outside the front gate of the Cleveland field office. When meeting agents in front of the Cleveland field office, the agents would write statements and facts concerning the multiple federal offenses committed against plaintiff would be reporting. When plaintiff was permitted entry into the Cleveland field office, the security officer would have the plaintiff complete written statements detailing the offenses plaintiff was alleging took place. Upon completion of said statements, plaintiff would then meet with 2 agents both of whom would get the details and then neither confirm nor deny if an investigation was ongoing but question plaintiff about plaintiff's contact information such as plaintiff's telephone number and email and inquire as to whether both were good methods to contact plaintiff if the circumstance arose. Between Spring of 2015 and late Fall 2015, the FBI's Cleveland field office would always transfer plaintiff to the same agent male to speak with, said agent claimed he had worked for the FBI for 30 years but stated he could not give plaintiff his name. In fact, each agent plaintiff met with and was interviewed by at the Cleveland field office of the FBI stated they could not give plaintiff their name. In the fall of 2016, the Cleveland field office gave plaintiff the personal cell phone number of FBI Agent Vicky Anderson. In February of 2018, plaintiff met with 2 agents who told plaintiff if an investigation was ongoing they would not be permitted to relay to plaintiff any information regarding the progress of the investigation. Also, each time plaintiff would call the FBI Cleveland field office after the fall of 2016, plaintiff was told by each agent she spoke with on the phone at their Cleveland field office location on Lakeside Avenue in Cleveland, Ohio that they agency could not confirm nor deny whether a

3

formal investigation was taking place. Note: Each time plaintiff was interviewed in person at the Cleveland Field Office the interview was recorded on video.

### Count Three

### 18 U.S.C. 1512(c)(1,2) - Obstruction of Federal Criminal Investigation
### Tampering with a witness, victim or an informant -

*(c) Whoever corruptly—*

> *(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or*

> *(2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so...*

The Federal Bureau of Investigation main headquarters is ignoring and not responding to plaintiff's Freedom of Information Act (FOIA) request for records to include any and all written, email and electronic records the agency holds with regard to plaintiff's reports to their main headquarters and Cleveland, Ohio field office of the lesser federal offenses and the greater federal offense having been committed against plaintiff and plaintiff's family. In not responding to plaintiff's FOIA request, the FBI is thereby concealing the records of all communications plaintiff has had with the organization since 2015 for the express purpose of preventing plaintiff from having paper, email and video documentation copies to prove the FBI mislead plaintiff into thinking there was an ongoing investigation into both the lesser and greater federal offenses reported to their organization. Also, plaintiff would assert that the FBI is ignoring plaintiff's FOIA request in an effort to conceal the organization's ignoring and quest to conceal the much greater federal offense of the theft of the natural gas and oil mineral rights as referenced to earlier in this complaint.

4

Plaintiff also asserts the FBI in failing to respond to plaintiff's FOIA request due to the FBI main office and Cleveland field office are jointly working together with Federal agencies to prevent and impede a complete and formal investigation into not only the lesser federal offenses reported but also the greater federal offense reported which was why all the lesser federal offenses were committed against plaintiff and plaintiff's family in the first place. Plaintiff also asserts the FBI is preventing every single legal and political authority such as the US Attorney's office from properly conducting a formal investigation into the theft of the greater offense (the theft of the natural gas and oil mineral right within the Utica Shale Region of West Virginia). Also, the FBI in failing to respond to plaintiff's FOIA request is refusing to legitimize plaintiff's allegations.

## Count Four

### 1512(d)(2) – Obstruction of a Federal Criminal Investigation
### Tampering with a witness, victim or an informant –

*(d) Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from—*

    *(2) ...reporting to a law enforcement officer or judge of the United States the commission or possible commission of a Federal offense...*

## Count Five

### 18 U.S.C. 1513(e) - Obstruction of Federal Criminal Investigation
### Tampering with a witness, victim or an informant -

*(e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relation to the commission or possible commission of any Federal offense...*

In November 2016, plaintiff was purposely harassed and terminated by management staff and employees of Target Corporation who worked for the corporation at the store located at 1285 Som Center Road, Mayfield Heights, OH 44124. As a result and due to potential homelessness,

5

plaintiff was forcibly remanded to Winton Manor, a HUD housing residence located at 1012

Prospect Avenue, Cleveland, Ohio 44115. Plaintiff moved into the residence at the end of

December of 2016. Since plaintiff has moved into the building, plaintiff has been harassed by

maintenance staff (unlawful entry into plaintiff's residence for the purpose of stealing plaintiff's

personal property and harass plaintiff) and residents alike all of which has been reported to

Senator Sherrod Brown's office and his aid Mr. Joe Henry. Also plaintiff is currently being

denied employment within plaintiff's skill set. Currently plaintiff is only permitted to secure

employment with Liberty Labor (the employment company attached to Winton Manor which

places individual in manual labor positions-plaintiff is unable to physically perform physical

labor due to several severe physical injuries i.e., being hit by a car while plaintiff was riding their

bicycle and thrown into the street by the vehicle and an attempt to choke plaintiff to death by one

Omar Hasan). This serves as direct interference with the lawful employment and livelihood of

plaintiff. The act of denying plaintiff employment serves to also deny plaintiff of plaintiff's 14th

Amendment right to life, liberty and the pursuit of happiness which no state is permitted to deny

any naturalized US born citizen without due process of the laws of said state. Liberty Labor

opened offices within Winton Manor during the Spring of 2017. Also, the company which owns

the building, Salus Development, opened a Domino's pizza which placed their oven vent right

below plaintiff's apartment as a form of retaliation and harassment due to oven fumes regularly

wafting into plaintiff's apartment and prevents plaintiff from leaving their living room apartment

window open on a regular basis. Also the plaintiff has the potential to being exposed to toxic,

hazardous fumes should Domino's pizza clean said oven.  Plaintiff asserts being forcibly

remanded to Winton Manor and suffering from further stalking and harassment as a direct result

of the Federal Bureau of Investigation retaliating against plaintiff for plaintiff's repeated contacts

6

with the FBI in an effort to report all the lesser federal offenses and the greater federal offense

plaintiff has listed within this criminal fact sheet.

## Count Six

**U.S.C. 1512(f)** - *…an official proceeding need not be pending or about to be instituted at the time of the offense*

There is no pending proceeding; however, plaintiff asserts the FBI is corruptly impeding any

pending proceedings which could take place on behalf of all the felonies which have been

committed against plaintiff and plaintiff's family should their organization successfully complete

and full and thorough investigation of all the allegations plaintiff has listed within this criminal

complaint as having repeatedly reported to the Federal Bureau of Investigation main

headquarters and Cleveland field office. All the felonies reported follows on next page.

## LIST OF FEDERAL OFFENSES PLAINTIFF HAS REPORTED TO THE FBI

1.  8 known attempts to take plaintiff's life – the first time being as plaintiff was heading west on Interstate 90 in the early fall of 2007. Plaintiff had just passed the MLK/East 72nd Street Interstate entrance and was traveling at a rate of speed of between 70 and 80 miles per hour with no other traffic for at least 50 miles ahead of plaintiff and behind plaintiff when a black, nondescript, high end vehicle with completely black tinted out windows proceeded to quickly speed up to the same rate of speed as plaintiff after merging onto Interstate 90 also heading west when the black vehicle quickly and swiftly merged over 4 lanes all at once and cut directly in front of plaintiff's vehicle. The black vehicle then immediately came to a dead stop in front of plaintiff's vehicle. Plaintiff was able to pass with a half inch of space in between plaintiff's vehicle and the black, nondescript high end vehicle. All 7 other attempts to take plaintiff's life are listed throughout the remainder of this complaint.

2.  Intrastate and interstate stalking and harassment throughout the entire United States orchestrated by Attorney Andrea L. Johnson a former employee with the law firm White & Case which represents the US business interests of the Saudi Arabia national oil company Aramco. Attorney Andrea L. Johnson was also employed by the Clinton Administration within the US Department of Education. Attorney Andrea L. Johnson also served as an attorney for the District of Columbia. Attorney Andrea L. Johnson was also employed by the Clinton Administration in the Office of Education. Plaintiff reported to the FBI Cleveland field office Attorney Andrea L. Johnson's brother Attorney Greg P. Johnson also participated in having plaintiff stalked and harassed throughout the United States to have plaintiff forcibly remanded back to Cleveland, Ohio. Attorney Greg P.

8

Johnson is based in Silver Springs, Maryland and was employed at the same law firm as

former vice president's Joe Biden's late son. Note: it is well known public knowledge

Saudi Arabia through Aramco is heavily invested in the extraction of the oil within the

Utica shale region of West Virginia which is directly relevant to Attorney Andrea L.

Johnson having worked for the law firm White & Case and the firm's representation of

the US business interests of the Saudi Arabia national oil company Aramco.

Upon being forcibly remanded back to Cleveland, Ohio, Attorney Andrea L. Johnson met

plaintiff in the driveway of a home plaintiff was moving into and implicated herself as

being responsible for plaintiff's circumstances through comments Attorney Andrea L.

Johnson made to plaintiff. One comment was: "…is this the one who thinks everything is

a tort claim?" Plaintiff had previously filed 2 tort claims against the Department of

Defense for wrongful death of plaintiff's daughter in 1999 and failure to notify plaintiff

fully with regard to the health dangers of plaintiff's lupus blood disorder which led

plaintiff to suffer a mini-stroke in the winter of 2008.

3. Attorney Andrea L. Johnson and Greg P. Johnson illegally immigrated and housed in the

United States one Stanley Webster from the island of Anguilla for the explicit purpose of

Stanley Webster administering to plaintiff an illegal foreign substance which caused the

entire left side of plaintiff's body to be in severe pain for days and prematurely ended

plaintiff's menses at the age of 40.  When plaintiff questioned Stanley Webster as to what

substance he had administered to plaintiff, Stanley Webster laughed and replied that

plaintiff was, "lucky to be alive". The poisoning with a foreign substance also led to

plaintiff having potentially cancerous cells removed from plaintiff's cervix at University

Hospital in 2014 and major gynecological surgery in 2015 at Hillcrest Hospital in which

9

potentially cancerous masses were removed from plaintiff's fallopian tubes, ovaries and uterus. Stanley Webster was housed at Attorney Greg P. Johnson's residence in Silver Springs, Maryland when he was not staying at Attorney Andrea L. Johnson's residence 18313 Newell Road, Shaker Heights, Ohio 44122. Attorney Johnson's home was located directly next door and shared a driveway with the home plaintiff was renting a 3rd floor unit at: 18323 Newell Road, Shaker Heights, Ohio 44122. Plaintiff also reported to the FBI Stanley Webster's presence in Toronto, Ontario, Canada in 2014 when an up and coming journalist was murdered. Stanley Webster also repeatedly told plaintiff that plaintiff's entire family would be divided and conquered. Stanley Webster also regularly harassed plaintiff on the telephone by calling plaintiff throughout the night each and every night for 4 years straight. Also present with Stanley Webster at Attorney Andrea L. Johnson's residence was a middle-eastern man Stanley Webster referred to as Lincoln. As of 2014, Stanley Webster stated Lincoln worked for the FedEx Corporation located in Silver Springs, Maryland. Note: Many of the Board of Directors of the FedEx Corporation also holds seats on the Board of Directors for Northeast Natural Energy who blatantly robbed plaintiff's family of the natural gas and oil mineral rights located in the Utica Shale Region of West Virginia.

4. Misuse and abuse of personal, federal and civilian networks and contacts within the medical field and facilities for the purposes of obtaining and administering harmful poisonous illegal foreign substances to plaintiff.

5. Misuse and abuse of every single technological communication device available on the part of corporations with known contracts with the federal government for the purpose of stalking and harassing not only plaintiff but plaintiff's family. Devices include: cell

10

phones, personal computers, public computers and land line telephones. Examples of companies involved: AT&T which harassed plaintiff via telephone by overloading plaintiff with more telephone calls than other employees when plaintiff worked for AAnswering Service Incorporated located in Mayfield Heights, Ohio, and Microsoft for the purposes of an onslaught of AI harassment plaintiff has experienced consistently for 13 years. Also, Microsoft Corporation via the Blackrock Corporation is invested in the natural gas and mineral rights within the Utica shale region of West Virginia as a Microsoft executive sits on the board of directors of the Blackrock Corporation: Margaret L. Johnson/Executive Vice President of Business Development for Microsoft Corporation.

6. Purposeful misuse and abuse of professional and personal contacts within US National, International and Multinational financial institutions for the explicit purpose of intentionally and maliciously manipulating plaintiff and plaintiff's family's financial circumstances to abject poverty for the purpose of robbing plaintiff's family of said mineral rights.

7. Misuse and abuse of the federal penitentiary system on the part of the Bureau of Prisons and Federal agencies (DoD?) along with the Salvation Army Harbor Light complex located at 1710 Prospect Ave E, Cleveland, OH 44115 for the purpose of placing Omar Alim Hasan aka Vann Johnson in plaintiff's life for the explicit purpose of Omar Alim Hasan to make certain plaintiff either became housed in the federal penitentiary system or was killed by Omar Alim Hasan as he tried to kill plaintiff with brute force 4 times. Omar Alim Hasan also purposely forced plaintiff into heroin addiction and purposely contracted the Hepatitis C virus to plaintiff and tried to lead plaintiff back into heroin

11

addiction when plaintiff was cured of HepC by the Cleveland Clinic. See attached restraining order plaintiff currently holds against Omar Alim Hasan for his attempt to strangle and stab plaintiff to death on July 21,2015 **(Exhibit A)**. Also, interestingly but not surprisingly, Omar Alim Hasan is housed at Hazelton Penitentiary in West Virginia within the Utica shale region while serving out a 11.5 year sentence he received after robbing 3 banks in Cleveland, Ohio between November of 2015 and March of 2016. Plaintiff asserts the involvement of employees at the Salvation Army Harbor Light facility here in Cleveland as the Salvation Army Harbor Light facility did provide Omar Alim Hasan with employment and many of the employees were assisting him with food, laundry, turning their eyes to a theft ring within the facilities and drug dealing by other employees. Plaintiff did contact the Salvation Army national headquarters and reported to them the situation concerning Omar Alim Hasan and they have since implemented major changes at the Salvation Army Harbor Light complex; however, no one within the complex has ever reached out to plaintiff personally.

8.  The commission of a hate crime against plaintiff's cousin Brittney (nee Croston) in which plaintiff's cousin was purposely stalked and impregnated by an African American family who has let plaintiff's family know they are racist against Caucasians.

9.  The purposeful manipulation of plaintiff's children from plaintiff's life for the explicit purpose of their ex stepmother to abuse and neglect both of plaintiff's children for a period up to 10 years (Kelly Carter, a former US Air Force nurse).

10. Plaintiff also reported to the FBI Cleveland field office that in October 2017, plaintiff sent an email to the Jones Day law firm in Cleveland, Ohio **(Exhibit B)** in which plaintiff informed then law associate Heather Lennox the theft of the natural gas and oil mineral

12

rights in the Utica Shale Region of West Virginia. Jones Day has offices located in China and many clients within the energy industry. After receipt of plaintiff's email, the Jones Day law associate Heather Lennox was promoted to the firm's managing partner and President Trump ended up travelling to China to secure an $83.7 billion dollar investment from China Energy to extract only the natural gas from the Utica Shale Region. Also 2 weeks before President Trump travelled to China to secure the investment from China Energy, plaintiff found herself surrounded by either Chinese lawyers or businessmen on all sides while walking through Memorial Plaza in downtown Cleveland. The lawyers or businessmen made an explicit point of walking directly in front of plaintiff while plaintiff was walking through the area. Also, in September of 2017, there were men in Winton Manor who stated they were directly from China installing energy saving lighting in the building and commented on how they might buy the building.

**Wherefore,** plaintiff demands judgement against defendant(s) as follows:

1. All counts plaintiff asserts defendant(s) violated be answered to as per the sentencing guidelines and recommendations listed within Obstruction of Justice-Omnibus Clause/Federal Criminal Law Code or –

2. Judge orders a full and complete investigation by the Federal Bureau of Investigation main office and Cleveland field office into each and every federal criminal offense plaintiff has listed as having occurred and the occurrences being repeatedly reported to the Federal Bureau of Investigation. Plaintiff also requests the Federal Bureau of Investigation be ordered to provide plaintiff with updates into the status of their open investigation on a regular basis until all truth and facts concerning all the federal criminal offenses committed against plaintiff and plaintiff's family are exposed to

plaintiff, plaintiff's family and the American public at large into all the federal

offense criminal allegations listed within this criminal complaint by the Federal

Bureau of Investigation main headquarters and Cleveland field office.

3.  Order by the court for future litigation on the part of plaintiff and plaintiff's family

against any and all parties involved for the purposes of renegotiation of the sale/lease

of the natural gas and mineral rights plaintiff's family held deed to within the Utica

Shale Region of West Virginia and also personal injury compensation for all the

federal offenses committed against plaintiff and plaintiff's family.